1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8
9    JIMMY LEE MISKELL,                           Case No.  1:16-cv-00105-SKO

10                       Plaintiff,              **ORDER GRANTING PLAINTIFF'S
                                                 APPLICATION TO PROCEED IN
11          v.                                   FORMA PAUPERIS**

12                                               (Doc. 2)
     CAROLYN W. COLVIN,
13   Acting Commissioner of Social Security,

14                       Defendant.

15   _____/

16
17          Plaintiff Jimmy Lee Miskell filed a complaint on January 21, 2016, along with an

18   application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

     application demonstrates entitlement to proceed without prepayment of fees.
19
20          Accordingly, IT IS HEREBY ORDERED that:

21          1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22          2.     The Clerk of Court is DIRECTED to issue a summons; and

23          3.     The United States Marshal is DIRECTED to serve a copy of the complaint,

24                 summons, and this order upon the defendant as directed by the plaintiff.

25   IT IS SO ORDERED.

26   Dated:   __January 25, 2016__              _____/s/ **Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE
27
28