Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JIMMY LEE MISKELL

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS
Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8931
chantal.jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE MISKELL, | Case No.: 1:16-cv-0105-SKO |
| Plaintiff, | STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Pursuant to the Scheduling Order in the above-referenced matter (Doc. 5, p. 4:12-15), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall have a first-time extension of thirty (30) days to serve his Confidential Letter Brief. Plaintiff's Confidential Letter Brief shall now be served on or before August 31, 2016. All remaining briefing

deadlines are modified accordingly.

                                              Respectfully submitted,

DATE: August 1, 2016      NEWEL LAW
                                 By:  /s/ *Melissa Newel*
                                        Melissa Newel
                                        Attorney for Plaintiff
                                        JIMMY LEE MISKELL

DATE:  May 25, 2016      PHILLIP A.TALBET
                                      United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counesl, Region IX
                                        Social Security Administraton
                              By:  /s/ *Chantal Jenkins**
                                        (*Authorized by email dated 08/01/2016*)
                                        CHANTAL R. JENKINS
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## **ORDER**

     Based on the above stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including August 31, 2016, to file his Confidential Letter Brief.

     All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  **August 4, 2016**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE