Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JIMMY LEE MISKELL

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS
Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8931
chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE MISKELL,

               Plaintiff,

       v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.

No.  1:16-CV-00105 (SKO)

**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE**

1    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

2  with the approval of the Court, that Plaintiff shall have an extension of time of fourteen (14) days

3  to file his Opening Brief.  The Opening Brief is currently due on November 4, 2016.  Plaintiff's

4  counsel seeks this extension due to pre-paid and previously scheduled travel falling both before

5  and after the existing file date.  The requested file date is November 18, 2016.  Plaintiff's counsel

6  apologizes for any inconvenience this extension causes the Court.

7                                                               Respectfully submitted,

8  Dated: October 31, 2016                        NEWEL LAW

9

10                                        By:      *Melissa Newel*
                                                 Melissa Newel
11                                               Attorney for Plaintiff
                                                 JIMMY LEE MISKELL
12

13  Dated: October 31, 2016                        PHILLIP A. TALBERT

14                                               United States Attorney
                                                 DEBORAH LEE STACHEL
15                                               Acting Regional Chief Counsel, Region IX
                                                 Social Security Administration
16

17                                        By:      Chantal R. Jenkins*
                                                 CHANTAL R. JENKINS
18                                               (*Authorized by email dated 10/31/2016*)
                                                 Special Assistant U.S. Attorney
19                                               Attorneys for Defendant

20                                        **ORDER**

21       Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY

22  ORDERED that Plaintiff shall have a first extension of time of fourteen (14) days, up to and

23  including November 18, 2016, to file his Opening Brief.  All other deadlines set forth in the

24  Scheduling Order (Doc. 5) are modified accordingly.

25

26  IT IS SO ORDERED.

27

28  Dated:   **November 1, 2016**                    /s/ *Sheila K. Oberto*

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

1                                                      UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28