1  Melissa Newel (#148563)
2  NEWEL LAW
   352 24th Street
3  Oakland, CA 94612
   (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   JIMMY LEE MISKELL
6

7  PHILLIP A. TALBERT
   United States Attorney
8  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
9  CHANTAL R. JENKINS
   Social Security Administration
10 160 Spear Street, Suite 800
   San Francisco, CA 94105
11 (415) 977-8931
12 chantal.jenkins@ssa.gov

13 Attorneys for Defendant

14

15                 UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17

18 JIMMY LEE MISKELL,                      No. 1:16-CV-0105 (SKO)

19          Plaintiff,

20     v.                                  **STIPULATION AND ORDER FOR
                                           AWARD AND PAYMENT OF
21 NANCY A. BERRYHILL,                     ATTORNEYS FEES AND EXPENSES
   ACTING COMMISSIONER OF                  PURSUANT TO EAJA 28 U.S.C. §2412(d)**
22 SOCIAL SECURITY,
                                           **(Doc. 22)**
23          Defendant.

24

25

26

27

28        IT IS HEREBY STIPULATED by and between the parties, through their undersigned

1 attorneys, subject to the approval of the Court, that Jimmy Lee Miskell (Plaintiff) be awarded

2 attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in

3 the amount of four thousand seven hundred thirty-four dollars and thirty-nine cents ($4,734.39)

4 and expenses in the amount of eight dollars and ninety-four cents ($8.94), for a total of four

5 thousand seven hundred thirty-four dollars and thirty-nine cents ($4,734.39). This represents

6 compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this

7 civil action, in accordance with 28 U.S.C. §2412 (d).

8 After the Court issues an Order for EAJA fees to Plaintiff, the government will consider

9 the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*

10 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

11 attorney fees are subject to any offset allowed under the United States Department of the

12 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will

13 determine whether they are subject to any offset.

14 Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

15 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the

16 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively

17 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any payments made shall

18 be delivered to Plaintiff's counsel.

19 This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

20 attorney fees and does not constitute an admission of liability on the part of Defendant under

21 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any

22 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

23 and costs in connection with this action.

24 ///

25 ///

26 ///

27 ///

28 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: August 28, 2017                    NEWEL LAW

By:     *Melissa Newel*
        Melissa Newel
        Attorney for Plaintiff
        JIMMY LEE MISKELL

Dated: August 30, 2017                    PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

By:     Chantal R. Jenkins*
        CHANTAL R. JENKINS
        (*Authorized by email dated 08/30/2017*)
        Special Assistant U.S. Attorney
        Attorneys for Defendant

## ORDER

Based upon the parties' above "Stipulation for the Award and Payment of Attorney's Fees and Expenses Pursuant to EAJA 28 U.S.C. §2412(d)," fees in the amount of four thousand seven hundred thirty-four dollars and thirty-nine cents ($4,734.39) and expenses in the amount of eight dollars and ninety-four cents ($8.94), as authorized by 28 U.S.C. §2412, for a total of **four thousand seven hundred and forty-three dollars and thirty-three cents ($4,743.33)** shall be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **August 31, 2017**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE